

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte R.M.A.,

No. 11-22-00129-CV

\* From the 106th District Court
   of Dawson County,
   Trial Court No. 15-7496.

\* July 13, 2023

\* Memorandum Opinion by Trotter, J.
   (Panel consists of: Bailey, C.J.,
   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below.   Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.